No. 818. BOONE, RECEIVER, ET AL. *v.* AMERICAN VETERINARY MEDICAL ASSN. ET AL. April 13, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for

the Sixth Circuit denied. *Messrs. D. C. Webb* and *John W. Green* for petitioners. *Mr. John Jennings, Jr.,* for respondents.